1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WESLEY TOLLESON,

           Plaintiff,

      v.

SHERIFF BRIAN MARTIN, et al.,

           Defendants.

Case No. 19-03008 BLF (PR)

**ORDER OF DISMISSAL**

Plaintiff, proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983 against officials of the Lake County Sherriff's Department. (Docket No. 1.) On July 3, 2019, the Honorable Magistrate Judge Jacqueline Scott Corley dismissed the complaint with leave to amend. (Docket No. 7.) Plaintiff was directed to file an amended complaint within twenty-eight days from the date the order and advised that failure to respond would result in the dismissal of the action without prejudice and without further notice to Plaintiff. (*Id.* at 3.) Plaintiff was subsequently granted an extension of time until November 6, 2019. (Docket No. 10.) The matter was reassigned to this Court on November 19, 2019. (Docket No. 12.)

The deadline for filing an amended complaint has passed, and Plaintiff has failed to

file an amended complaint in the time provided. Accordingly, this action is **DISMISSED** without prejudice for failure to file an amended complaint. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated:  \_**November 22, 2019**\_

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.19\03008Tolleson_dis-compl.

2

United States District Court
Northern District of California