UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY TOLLESON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHERIFF BRIAN MARTIN, et al.,<br><br>　　　　Defendant. | Case No. 19-03008 BLF (PR)<br><br>**JUDGMENT** |

　　　　The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to file an amended complaint. A judgment of dismissal without prejudice is entered.

　　　　The Clerk shall close the file.

　　　　**IT IS SO ORDERED.**

Dated: _November 22, 2019_

_____
BETH LABSON FREEMAN
United States District Judge

Judgement
P:\PRO-SE\BLF\CR.19\03008Tolleson_jud